UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PIONEER GROWERS COOPERATIVE,

                      Plaintiff,                         **ORDER**

    -against-                                  16-CV-3654 (WFK)

ELITE FARMS INC., et al.,

                      Defendants.
-------------------------------------------------------------x

      Defendants/third-party plaintiffs are directed to file proof(s) of service on the third-party defendants by September 16, 2016.

      The case is sent for mandatory court-annexed arbitration, with the hearing to be scheduled for February 2017. Fact and expert discovery shall be completed by January 26, 2017. Automatic disclosures shall be served by plaintiff and defendants by September 9, 2016. Pleadings may be amended and new parties added until October 14, 2016.

      Counsel are expected to comply with this Court's Individual Rules.

      **SO ORDERED.**

Dated:     Brooklyn, New York
             August 26, 2016

                                  /s/    *Roanne L. Mann*
                                 **ROANNE L. MANN**
                                 **CHIEF UNITED STATES MAGISTRATE JUDGE**