# DEVITT SPELLMAN BARRETT, LLP

ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

WILLIAM J. BARRETT
KEVIN M. SPELLMAN
JOHN M. DENBY
FRANCIS J. TIERNEY
DAVID S. PALLAI
DAVID H. ARNTSEN
KENNETH M. SEIDELL
NICHOLAS M. BRINO
STEPHAN D. TRACE
KELLY E. WRIGHT

JOHN M. SHIELDS
ANNE C. LEAHEY
THEODORE D. SKLAR

Retired
JOSEPH P. DEVITT

CHARLES W. BORGHARDT
JOSHUA S. SHTEIERMAN
DANIEL L. ADAMS
JESSE D. RUTTER
JUSTIN M. ROWE
MAGGIE O'CONNOR
KEVIN J. STIMPFL

Of Counsel
THOMAS J. SPELLMAN, JR.
JELTJE de JONG
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
GEORGE FREITAG

January 23, 2017

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Pioneer Growers Cooperative v. Elite Farms Inc. et al.; 16-CV-3654**

Honorable Magistrate Judge Mann:

This office represents defendants Stay Fresh Distributors Inc. and Jason A. Canals in the referenced matter. I write on behalf of all parties to jointly request a thirty day extension of the discovery schedule for the reasons that follow. This is the parties' second request for an extension of the discovery schedule.

Written discovery has been exchanged amongst the parties, and the parties have agreed to a deposition schedule which has all parties being deposed between February 28 and March 2, 2017. The parties have selected an arbitrator and agreed upon an arbitration date of March 16, 2017. Given the attorneys' respective schedules and the fact that several witnesses need to travel to NY from Florida for the depositions, we are not able to agree to deposition dates within the present discovery schedule. We do not believe that any prejudice will result from the requested extension.

Therefore, we respectfully request that the Court extend discovery by thirty days, and extend all related deadlines accordingly. Thank you for the courtesies extended herein.

Respectfully submitted,

DEVITT SPELLMAN BARRETT LLP

_____/S/_____
Kelly E. Wright (KW 3904)

CC: Gregory A. Brown, Esq.
McCARRON & DIESS
Attorneys for Plaintiff

Bruce H. Levinson
Law Offices of Bruce Levinson
Attorney for Defendant Elite Farms Inc.