# M<small>C</small>C<small>ARRON</small> & D<small>IESS</small>

| | | |
|---|---|---|
| Stephen P. McCarron△<br>Louis W. Diess, III¤△<br>Mary Jean Fassett△<br>Kate Ellis¤△<br>Blake A. Surbey¤△<br>Gregory A. Brown¤ | 4530 W<small>ISCONSIN</small> A<small>VENUE</small>, N.W., S<small>UITE</small> 301<br>W<small>ASHINGTON</small>, DC 20016<br>(202) 364-0400   FAX (202) 364-2731<br><br>707 W<small>ALT</small> W<small>HITMAN</small> R<small>OAD</small>, 2<small>nd</small> F<small>LOOR</small><br>M<small>ELVILLE</small>, NY 11747<br>(631) 425-8110   FAX (631) 425-8112 | Focusing on Cases under<br>the Perishable Agricultural<br>Commodities Act (PACA)<br><br>¤ Not admitted in DC<br>△ Not admitted in NY |
| gbrown@mccarronlaw.com | *www.mccarronlaw.com*<br>*www.pacawebguide.com* | |

February 27, 2017

**VIA ECF ONLY**

Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Pioneer Growers Cooperative v. Elite Farms Inc.; Case No. 16-cv-3654 (WFK)(RLM)

Honorable Madam:

       We are the attorneys for plaintiff Pioneer Growers Cooperative ("Plaintiff") and write for further clarification of your Honor's electronic order dated February 24, 2017 (the "Order").

       As the Court is aware, this matter is scheduled for arbitration on March 16, 2017. Pursuant to the Order, the depositions which had been scheduled for this week have been adjourned without dates for continuation. It will be impossible for Plaintiff to prepare for the arbitration without having first conducted defendants' depositions. As a result, it is respectfully requested that the arbitration also be continued until we have some resolution concerning representation for Stay Fresh Distributors Inc. and Jason Canals.

       Thank you for your attention to this matter.

                                            Respectfully yours,
                                            McCarron & Diess

                                By:    /s/ Gregory Brown
                                             Gregory Brown

cc.:    All counsel of record (via ECF)
           Leona Beane (via ECF)